## UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

MICHAEL COLICCI,

          Plaintiff,

    v.

GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA

        Defendant.

No. 18-cv-0200-WES

## <u>DISMISSAL STIPULATION</u>

      Plaintiff and Defendant agree that the Complaint may be dismissed with prejudice, no costs or fees awarded.

September ___, 2018

/s/ Noelle K. Clapham_____
Noelle, K. Clapham, Esq.
Robinson & Clapham
123 Dyer Street, Suite 135
Providence, RI 02903
(401) 400-3841
(401) 331-7888 (fax)
claphamlaw@verizon.net

*Attorneys for Plaintiff*
*Michael Colicci*

/s/ Brooks R. Magratten_____
Brooks R. Magratten, Esq.
Pierce Atwood, LLP
One Financial Plaza, 26th Floor
Providence, RI 02903
(401) 490-3422
(401) 588-5166
bmagratten@pierceatwood.com

*Attorneys for Defendant*
*Guardian Life Insurance Co. of America*

## CERTIFICATE OF SERVICE

I certify that the within document was electronically filed with the clerk of the court on September ___, 2018, and that it is available for viewing and downloading from the Court's ECF system.  Service by electronic means has been effectuated on the following counsel of record:

Noelle K. Clapham
Vicki J. Bejma
Robinson & Clapham
123 Dyer Street, Suite 135
Providence, RI 02903

*/s/ Brooks R. Magratten*